Entered on Docket
January 13, 2010

Hon. Mike K. Nakagawa
United States Bankruptcy Judge

Electronically Filed on _____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787

and

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE3
09-77183

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>Gaye Hancock<br><br><br><br>            Debtor. | BK-S-09-28491-mkn<br><br>Date:  12/09/09<br>Time: 1:30 pm<br><br>Chapter 7 |

1

2
## ORDER VACATING AUTOMATIC STAY

3
    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

4
above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

5
Secured Creditor Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital

6
I Inc. Trust 2006-HE3, its assignees and/or successors in interest, of the subject property, generally

7
described as 5855 Valley Dr. 1031, North Las Vegas, NV 89031, and legally described as follows:

8

9
    PARCEL I:

10
    UNIT ONE (I) BUILDING ELEVEN (1 1) OF JASMINE UNIT I, A CONDOMINIUM
    SUBDIVISION FILED PURSUANT TO THE PROVISIONS OF N.R.S. 116 RECORDED IN

11
    BOOK 104 OF PLATS, PAGE 79, OF OFFICIAL RECORDS OF THE COUNTY
    RECORDER, CLARK COUNTY, NEVADA. AN DEFINED IN THAT CERTAIN

12
    DECLARATION OF RESTRICTIONS (ENABLING DECLARATION ESTABLISHING
    A PLAN FOR CONDOMINIUM OWNERSHIP OF JASMINE UNIT 1), RECORDED

13
    SEPTEMBER 24, 2002 IN BOOK 20020927 OF OFFICIAL RECORDS, CLARK COUNTY,
    NEVADA AS INSTRUMENT NO. 01923.

14

15
    PARCEL II.

16
    AN UNDIVIDED 118 INTEREST IN AND TO THE COMMON ELEMENT AS SHOWN
    UPON THE PLAT OF JASMINE UNIT 1, A CONDOMINIUM SUBDIVISION FILED

17
    PURSUANT TO THE PROVISION OF N R.S. 116 RECORDED IN BOOK 104 OF PLATS,
    PAGE 79, OF OFFICIAL RECORDS IN THE OFFICE OF THE COUNTY RECORDER OF

18
    CLARK COUNTY. NEVADA AND AS DEFINED IN THAT CERTAIN
    DECLARATION OF RESTRICTIONS (ENABLING DECLARATION ESTABLISHING A

19
    PLAN FOR CONDOMINIUM OWNERSHIP OF JASMINE UNIT I) RECORDED
    SEPTEMBER 24, 2002 IN BOOK 20020924 OF OFFICIAL RECORDS, CLARK COUNTY,

20
    NEVADA AS INSTRUMENT NO. 01923.

21
    PARCEL III:

22

23
    AN EXCLUSIVE EASEMENT OVER THAT PORTION OF THE COMMON ELEMENT
    SHOWN AS APPURTENANT DECKS, BALCONIES, PATIOS. GARAGES, ENTRY

24
    AREAS AND STAIRS WHICH AREAS SHALL BE REFERRED TO AS LIMITED
    COMMON ELEMENTS AS SHOWN UPON THE PLAT OF JASMINE UNIT 1 A

25
    CONDOMINIUM SUBDIVISION FILED PURSUANT TO THE PROVISIONS OF
    N.R.S. 116 RECORDED IN BOOK 104 OF PLATS, PAGE 79. OF Official RECORDS,IN

26
    THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY NEVADA. AND AS
    DEFINED IN THAT CERTAIN DECLARATION OF RESTRICTIONS (ENABLING

DECLARATION ESTABLISHING A PLAN FOR CONDOMINIUM OWNERSHIP OF JASMINE UNIT I) RECORDED SEPTEMBER 24, 2002 IN BOOK 20020924 OF OFFICIAL RECORDS, CLARK COUNTY. NEVADA AS INSTRUMENT NO. 01923.

PARCEL IV:

A NON·EXCLUSIVE EASEMENT FOR INGRESS, EGRESS. PUBLIC UTILITIES AND PRIVATE STREETS OVER THE COMMON ELEMENT OF THE CONDOMINIUM PROJECT AS SHOWN UPON THE PLAT OF JASMINE UNIT 1 A CONDOMINIUM SUBDIVISION FILED PURSUANT TO THE PROVISIONS OF N.RS. 116 RECORDED IN BOOK 104 OF PLATS, PAGE 79. OF OFFICIAL RECORDS, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY NEVADA. AND AS DEFINED I THAT CERTAIN DECLARATION OF RESTRICTIONS (ENABLING DECLARATION ESTABLISHING A PLAN FOR CONDOMINIUM OWNERSHIP OF JASMINE UNIT I) RECORDED SEPTEMBER 24, 2002 IN BOOK 20020924 OF OFFICIAL RECORDS, CLARK COUNTY, NEVADA AS INSTRUMENT NO. 01923.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

2    **IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall**

3    **give Debtor at least five business days' notice of the time, place and date of sale.**

4              DATED this _____ day of _____ 2009

5    Submitted by:

6    **WILDE & ASSOCIATES**

7    By:___/s/Gregory L. Wilde, Esq___

8    **Gregory L. Wilde, Esq.**
     Attorney for Secured Creditor

9    208 South Jones Boulevard
     Las Vegas, Nevada 89107

10   APPROVED / DISAPPROVED

11
     By:_____

12   Randolph Goldberg
     4000 S. Eastern Ave., #200

13   Las Vegas, NV 89119
     Attorney for Debtor(s)

14

15   Nevada Bar No:_____

16

17   APPROVED / DISAPPROVED

18   By:_____
     William A. Leonard

19   6625 S. Valley View #224
     Las Vegas, NV 89119

20   Chapter 7 Trustee

21

22

23

24

25

26

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x_ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   __x_ failed to respond to the document

Other Party:_____

_____ approved the form of this order          _____ disapproved the form of this order

_____ waived the right to review the order and/or   _____ failed to respond to the document

Breach Order:

_____ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of

this proposed order were transmitted to Debtor's counsel and appointed trustee to which

they have not replied

Submitted by:

 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor